THE PEOPLE OF THE STATE OF NEW YORK on Complaint of IRVING REINER, Respondent, v. HENRY FILLIPONE, Appellant.— Judgment convicting defendant of violation of sections 340 and 357 of the Banking Law unanimously reversed, the information dismissed and the fine remitted, on the ground that the People failed to prove facts which sustained the charges contained in either the first or second counts of the information. Present—Martin, P. J., McAvoy, Glennon, Untermyer and Dore, JJ.

HELEN KANE, Appellant, v. MAX FLEISCHER and Others, Respondents.— The action is (1) for a permanent injunction restraining defendants from using, without plaintiff's consent, any pictorial representation of plaintiff in moving pictures or so-called animated cartoons, or otherwise, particularly the pictorial representation called "Betty Boop," for the purposes of trade or advertising, and for an injunction pendente lite; (2) to enjoin defendants from unfair competition; and (3) for alleged damages. During the course of the trial the complaint was dismissed as to the individual defendant, Max Fleischer. Judgment entered on a decision dismissing the complaint on the merits unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

SHERMA A. REEDER, Suing Individually and in Behalf of Herself and All Other Stockholders of THE BIRCONJEL CORPORATION Similarly Situated Who Shall Choose to Make Themselves Parties to This Action, Appellant, v. GILES G. HEALEY and THE BIRCONJEL CORPORATION, Respondents.— Order denying plaintiff's motion to strike out the defenses and counterclaims set forth in the amended answers of the defendants unanimously modified by striking the third affirmative defense and the first, second and third counterclaims from the answer of defendant Giles G. Healey; and also by striking out the two defenses interposed by The Birconjel Corporation to the second cause of action, and as so modified affirmed, with twenty dollars costs and disbursements to the appellant. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

EASTERN CONTRACTING COMPANY, Appellant, v. THE CITY OF NEW YORK, Respondent.— The action arises out of a contract for the relocation of trolley tracks in Queens boulevard between Quentin street and Hillside avenue. Plaintiff sued to recover loss of profits in performing a contract made with the city resulting from the alleged refusal of the city to permit plaintiff to perform substantial portions of the contract. Judgment dismissing the complaint on the merits after trial at Trial Term, a jury having been waived, affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Dore, JJ.; Martin, P. J., dissents and votes to reverse and grant a new trial.

ISABEL D. CURTIS, Appellant, v. GEORGE GRAHAM THOMSON and Others, Respondents.— Order, so far as appealed from, denying plaintiff's motion to strike out the first separate and distinct defense in the answer as insufficient in law affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Dore, JJ.; Dore, J., dissents and votes to reverse and grant the motion.

ISABEL D. CURTIS, Appellant, v. GEORGE GRAHAM THOMSON and Others, Respondents.— Appeal from so much of order as denies plaintiff's motion to strike out the second separate and distinct defense and the fifth separate and distinct partial defense, as insufficient in law, and for other relief. Order, so far